UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 04-142 (FLW) |
| v. | : | |
| EDMUND RODNEY BROWN | : | |
| : | | |

### ORDER TO STAY RELEASE ORDER

AND NOW, this ___ day of August, 2009, IT IS ORDERED that the release order issued by this Court is hereby stayed pending a decision on the Government's appeal of this Court's order.

The government has informed the Court of its intention to appeal this Court's August 21, 2009 order granting release to the District Court pursuant to 18 U.S.C. §3145(a). The government has further requested a temporary stay of this Court's August 21, 2009 order pending its review by the District Court.

IT IS, therefore, on this 21st day of August, 2009,

ORDERED that the motion of the United States for an order staying the August 21, 2009 order granting the defendant release is hereby GRANTED, and the defendant is hereby ordered detained pending review of this Court's order.

BY THE COURT:

_____
DOUGLAS E. ARPERT
UNITED STATES MAGISTRATE JUDGE