PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Edmund Rodney Brown      **Docket Number:** 04-00142-001
    **PACTS Number:** 33590

**Name of Sentencing Judicial Officer:** Honorable Freda L. Wolfson, United States District Judge

**Date of Original Sentence:** 06/02/2004
**Resentenced:** 11/05/2005
**Violation of Supervised Release:** 07/08/2008

**Original Offense:** Original Offense: Bank Robbery (3 Counts)
**Violation of Supervised Release:** Drug Usage (Cocaine)

**Original Sentence:** 84 months custody; 3 years supervised release; $7,373 restitution; $300 special assessment. Special conditions of alcohol, drug and mental health counseling; no new debt and financial disclosure. Resentenced to 72 months custody, all other original aspects of sentence imposed.

**Violation of Supervised Release-** 14 months imprisonment; 22 months supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 03/06/09

**Assistant U.S. Attorney:** To Be Assigned, 402 East State Street, Room 502, Trenton, New Jersey 08608, (609) 989-2190

**Defense Attorney:** To Be Assigned, 22 South Clinton Ave., Station Plaza #4, 4th Floor, Trenton, New Jersey 08609, (609) 989-2160

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number Nature of Noncompliance

1      The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

     Edmund Brown was arrested on August 12, 2009, and charged with Aggravated Assault with a weapon, namely a tire iron. The charges allege that on May 14, 2009, the offender assaulted the victim, P.A. by striking the victim in the head with a tire iron causing lacerations to the head and face. The victim received medical care and approximately forty stitches to close the wounds. The charge

PROB 12C - Page 2
Edmund Rodney Brown

is a third degree offense and is pending. The charges have been forwarded to the Camden County Prosecutor for grand jury review; no date has been set. The bail for this charge was set at $25,000 without ten percent option. The offender's mother posted her home and the offender was released on August 13, 2009. According to Brown, this is a case of mistaken identity. The offender advised the probation office the nature of the offense was an assault; however, he failed to disclose there was a tire iron involved in the alleged charges.

I declare under penalty of perjury that the foregoing is true and correct.

By: Sharon A. O'Brien
Senior U.S. Probation Officer
Date: 8/19/09

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

_____8/19/09_____
Date