UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 04-142 |
| | : | |
| | : | ORDER AMENDING CONDITIONS OF RELEASE |
| v. | : | |
| | : | |
| | : | |
| EDMUND RODNEY BROWN | : | |

This matter being opened to the Court on application of defendant, Edmund Rodney Brown (by Brian P. Reilly, Assistant Federal Public Defender), for an order amending the conditions of release previously approved by this Court on August 26, 2009;

and those conditions having included, among other requirements, that the defendant, Edmund Rodney Brown, reside at the residence of his mother, Dolores Taylor subject to home confinement and electronic monitoring with Dolores Taylor serving as a third-party custodian;

and the government (by Thomas Eicher, Assistant United States Attorney) having no opposition to this amendment of the conditions of release;

and good cause having been shown;

IT IS ORDERED this ____ day of November, 2009, that the conditions of release shall be amended as follows:

1. Edmund Rodney Brown shall reside at the residence of Marva Jackson, 64-A Hopewell Lane, Sicklerville, New Jersey;

2. Edmund Rodney Brown shall be subjected to home confinement with electronic

        monitoring at the residence of Marva Jackson with excused absences only as approved by the United States Probation Office;

3.    The defendant's mother, Dolores Taylor, shall be relieved as third-party custodian.

All other conditions of release previously approved by this Court on August 26, 2009, shall remain in full force and effect.

 

_____
HONORABLE FREDA L. WOLFSON
United States District Judge